**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ACCESS FOR THE DISABLED,
et al.,**

    **Plaintiffs,**

v.                                                        **Case No.  8:04-cv-838-T-30TGW**

**PUPELLO INVESTMENTS, LTD.,
et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties Joint Motion for Approval of Settlement Agreement and Addendum (Dkt. # 15). The Court, having considered the motion and having reviewed the records of Plaintiffs' counsel and expert, finds that the motion should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement Agreement and Addendum (Dkt. # 15) is GRANTED IN PART AND DENIED IN PART.

2. This Court has reviewed the time records for Plaintiffs' counsel and expert and hereby APPROVES Plaintiffs' request for attorney's fees, expert fees and costs in the following amounts:

ATTORNEY'S FEES

Whitelock & Associates, P.A. - $800.00 (3.2 hours at $250.00 per hour)

Todd W. Shulby, P.A. - $3,775.00 (15.1 hours at $250.00 per hour)

EXPERT'S FEES

Accessibility Disability Consultants - $2,460.00 (16.4 hours at $150.00 per hour)

COSTS FOR TODD W. SHULBY, P.A.

| | |
|---|---|
| Filing Fee | $150.00 |
| Process Server | $ 50.00 |
| | Total: $200.00 |

3. The Court will retain jurisdiction for the purpose of enforcing the settlement agreement for a period of six (6) months from the date of this Order.

4. The Clerk is directed to close the file and terminate all motions.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-838.ada settlment atty fees.wpd